AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

Office inside of Randall Casseday located at The Washington Times Business Center, xxxx New York Avenue, N.E. in Washington, D.C. Office described as located on the first level of building, Office door is grey and has a sign depicting the words:"HUMAN RESOURCES", Dell desk top black and grey computer

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    TIMOTHY PALCHAK    being duly sworn depose and say:

I am a(n)    Police Officer for Metropolitan Police Department (MPD)    and have reason to believe
        (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   The Washington Times, inside the Human Resource Office located at xxxx New York Avenue, NE, Washington, D.C.  Office is on the first level of building, the door says "HUMAN RESOURCES", it is a grey door.  The building is large commercial building known as the Washington Times Business Center.
**The Human Resources Office of Randall Casseday including**
**Dell desktop computer; "taurus51052", and use of Yahoo! Internet Chat rooms; All records, including keys, storage combinations, passwords, and paperwork within computer to include but not limited to elect on envelopes, letters, documents, other correspondence, and any storage devise(s) etc , AS FULLY DESCRIBED IN THE ATTACHED AFFIDAVIT**

concerning a violation of Title  18  United States Code, Section(s) § 2422 (b). The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

JULIEANNE HIMELSTEIN
Federal Major Crimes Section
(202) 514-8203

Signature of Affiant
TIMOTHY PALCHAK, DETECTIVE
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer