AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FILED**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**OCT 0 5 2006**

Office inside of Randall Casseday located at The Washington Times Business Center,
in Washington, D.C. Office described as located on
the first level of building, Office door is grey and has a sign
depicting the words:"HUMAN RESOURCES", Dell desk top
black and grey computer

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

## SEARCH WARRANT

CASE NUMBER 06 - 412 - M - 01

TO: __TIMOTHY PALCHAK__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective Timothy Palchak__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

The Washington Times, inside the Human Resource Office located at                    ashington, D.C. Office is on the first level of building, the door says "HUMAN RESOURCES", it is a grey door. The building is large commercial building known as the Washington Times Business Center.
**The Human Resources Office of Randall Casseday including Dell desktop computer; "taurus51052", and use of Yahoo! Internet Chat rooms; All records, including keys, storage combinations, passwords, and paperwork within computer to include but not limited to elect on envelopes, letters, documents, other correspondence, and any storage devise(s) etc**

As morefully described in Attachment A and B of Affidavit.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____October 7, 2006_____
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

_____SEP 27 2006_____                    at Washington, D.C.
Date and Time Issued

**JOHN M. FACCIOLA**
**U.S. MAGISTRATE JUDGE**

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 9/27/06 | 9/27/06 1620 | |

**INVENTORY MADE IN THE PRESENCE OF**
Detective Miranda, Andrews, Palchak, Special Agent Tom J. Burnside

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

One (1) DELL Optiplex GX280 Desk Top Computer Service Tag #
One (1) Toshiba Satellite Lap Top Computer Serial #
One (1) Sony CyberShot 3.2 mega Pixel Digital Camera Model = DSC-P7 and Bearing #
~~Three~~ Two (2) 64 Megabyte Sony Memory Stick
One (1) 16 Megabyte Sony Memory Stick
Two (2) CD Roms
One (1) SanDisk 128 megabyte Memory Card Marked with Numbers
One (1) USB CARD Reader Model # UCR-61 Serial #
One (1) Small Camera Bag Black in Color
One (1) Box of fifty (50) rounds of Winchester 38 cal. ammo

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on OCT -5 August 2006

[signature]

FILED
OCT -5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

[signature] 10/5/06
U.S. Judge or U.S. Magistrate Judge    Date